IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:18-CV-83-D

| | |
|---|---|
| GENE VANDENHAM WORLDWIDE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCOTT ZUPPARDO, and CORNELIUS ) <br> CHAPEL RECORDS, INC., ) <br> ) <br> Defendants. ) | **ORDER** |

On November 2, 2018, the court heard oral argument on the two pending motions. As discussed in open court and incorporated herein by reference, the court DENIES defendants' motion to dismiss [D.E. 11] and GRANTS defendants' motion to transfer [D.E. 16]. The court TRANSFERS the action to the United States District Court for the Northern District of Alabama.

SO ORDERED. This **2** day of November 2018.

JAMES C. DEVER III
United States District Judge